

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00601-CV

**IN THE INTEREST OF D.A.M.**, et al., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01733
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the motions to withdraw filed by appellants' attorneys are GRANTED, and the trial court's order is AFFIRMED. It is ORDERED that no costs shall be assessed against appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED December 11, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice